FILED
DISTRICT OF WYOMING
U.S. DISTRICT COURT

OCT - 6 2011

U.S. MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT

## DISTRICT OF WYOMING

**UNITED STATES OF AMERICA**

V.

**JAMES H. DURANT**

**WARRANT FOR ARREST**

CASE NUMBER: 11-MJ-183  2:11M2348-001

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **JAMES H. DURANT**

and bring him forthwith to the nearest magistrate to answer a

### COMPLAINT

charging him with:

Two Counts of Possession of child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(A).

| Hon. Stephen E. Cole | United States Magistrate Judge |
|---|---|
| Name of issuing Officer | Title of Issuing Officer |
| *[signature]* | October 5, 2011, Yellowstone National Park, WY |
| Signature of Issuing Officer | Date and Location |

By Deputy Clerk

Bail fixed at $ _detain_                    by _____

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____
Yellowstone Old Faithful Ranger Office

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 10/6/11 | Lester Soajo / ASAC | *[signature]* |