FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

NOV 15 2011

Stephan Harris, Clerk
Cheyenne

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) No. _11-CR-270-S_ |
| | ) |
| Plaintiff, | ) **Cts. 1&2  18 U.S.C. § 2252A(a)(5)(A) and** |
| | ) **(b)(2)** |
| v. | ) (Possession of Child Pornography) |
| | ) |
| **JAMES H. DURANT,** | ) |
| | ) |
| Defendant. | ) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about September 30, 2011, in the District of Wyoming, in the special maritime and

territorial jurisdiction of the United States, to wit: within the exterior boundaries of Yellowstone

National Park, the Defendant, **JAMES H. DURANT**, did knowingly possess a Memorex DVD+R

disk labeled "Saved" that contained one or more images of child pornography including a movie file

named "(pthc) Tracy (8yo) Sleeping While Her Dad Prepares Her For Anal Dream's (Complete)

(Sound).mpg."

In violation of 18 U.S.C. §§ 2252A(a)(5)(A) and (b)(2).

### COUNT TWO

On or about September 30, 2011, in the District of Wyoming, in the special maritime and

territorial jurisdiction of the United States, to wit: within the exterior boundaries of Yellowstone

National Park, the Defendant, **JAMES H. DURANT**, did knowingly possess a Memorex DVD+R disk labeled "Saved" that contained one or more images of child pornography including a movie file named "! New ! (Pthc) Tara 8Yr - Tara Gets Molested By A Clown(2).mpg".

In violation of 18 U.S.C. § 2252A(a)(5)(A) and (b)(2).

A TRUE BILL:

_Kevin J. Frank_
FOREPERSON

CHRISTOPHER A. CROFTS
United States Attorney

# PENALTY SUMMARY

**DEFENDANT NAME:**   **JAMES H. DURANT**

**DATE:**        November 15, 2011

**INTERPRETER NEEDED:**        _____ Yes        \_\_✓\_\_ No

THE GOVERNMENT, PURSUANT TO RULE 18, F.R.Cr.P., WITH DUE REGARD FOR THE CONVENIENCE OF THE DEFENDANT, ANY VICTIM AND WITNESSES, AND THE PROMPT ADMINISTRATION OF JUSTICE, REQUESTS TRIAL BE HELD IN:

\_\_\_ **Cheyenne**     \_\_\_\_ **Casper**     \_\_\_ **Lander**   \_✓\_ **No Preference**

**VICTIM:**        _____ Yes     \_\_\_\_ No     \_\_✓\_\_ Unknown

**SEAL CASE:**        _____ Yes     \_✓\_ No

**OFFENSE**:    **Cts. 1&2:**    **Possession of Child Pornography**
                                18 U.S.C. § 2252A(a)(5)(A)

PENALTIES:                      0 - 10 YEARS IMPRISONMENT
                                $250,000.00 FINE
                                NLT 5 YEARS OR MORE THAN A LIFE OF LIFE
                                SUPERVISED RELEASE
                                $100 SPECIAL ASSESSMENT

    **TOTALS:**                  0 - 20 YEARS IMPRISONMENT
                                $500,000.00 FINE
                                NLT 5 YEARS OR MORE THAN A LIFE OF LIFE
                                SUPERVISED RELEASE
                                $200 SPECIAL ASSESSMENT

**AGENT:**    Lester Seago/NPS    **AUSA:**    James C. Anderson

**ESTIMATED TIME OF TRIAL:**   \_\_\_✓\_\_ 1-5 days  _____ more than 5 days

**THE GOVERNMENT WILL SEEK DETENTION IN THIS CASE:**

\_\_✓\_ Yes        \_\_\_\_ No

**The court should not grant bond because the Defendant is not bondable because there are detainers from other jurisdictions:**

\_\_\_\_ Yes        \_\_\_\_\_ No