## CRIMINAL MINUTE SHEET
### SENTENCING

Date 3/15/2012     ☐ Non-Public Document    Case No. 11CR270-S
                                            Interpreter
Time 1:03 - 1:46 pm                         Int. Phone

**USA** vs. JAMES H. DURANT

| Scott W. Skavdahl | Tiffany Dyer | Jamie Hendrich | Bila/Norwood | Hoose/Berg |
|---|---|---|---|---|
| JUDGE | CLERK | CT REPORTER | PROBATION | MARSHAL |

**APPEARANCES**    Government    JAMES C ANDERSON/ Les Seago (Agent with National Park Svc)

                   Defendant     DAN BLYTHE
                                 ☐ CJA  ☑ FPD  ☐ RET  ☐ WAIVED

☑ Defendant acknowledges having read presentence report
☐ Defendant's ____ objections to presentence report
    ☐ Court denies objections to presentence report   ☐ Court grants objections to presentence report
    Defendant's request for a variance denied by the Court considering the facts and circumstances of this case

☐ Witness(es) ____
☐ Exhibits received by Court ____

☐ Government to move for departure within 1 year of sentencing
  Downward Departure   ☐ Granted   ☐ Denied

**SENTENCING INFORMATION**
☑ Defendant is committed to custody
    For a period of  120  Month(s)   as to Count(s)  1   ____ as to Count(s) ____
    ____ as to Count(s) ____   ____ as to Count(s) ____
  ☐ Sentence shall be served ____ to ____
  ☐ Defendant is sentenced to time served   ☐ Plus up to ten (10) days to allow for deportation proceedings
☑ Upon release from custody, the defendant shall be on **supervised release**
    For a period of  Life   as to Count(s)  1   ____ as to Count(s) ____
    ____ as to Count(s) ____   ____ as to Count(s) ____
  ☐ Supervised Release shall be served ____ to ____
  ☐ Defendant to be deported upon release from confinement
  ☐ Defendant is placed on **probation** for a period of ____

**CONDITIONS OF PROBATION/SUPERVISED RELEASE**

☑ Obey all laws, Federal, State & Local
☑ Abide by the standard conditions of supervision
☐ Home confinement for a period of ____
☑ Not use or possess firearms/ammunition/explosives
☑ Not purchase, use or possess alcohol/intoxicants; frequent places where alcohol is bought, sold or dispensed
☑ Submit to mandatory drug testing (w/in 15 days of release)
☑ Notify Probation of change in economic circumstance
☑ Notify employers of conviction
☑ Submit person, residence, office or vehicle to a search
☑ Report to Probation w/in 72 hours of release
☐ Provide complete financial disclosure as directed
☐ Electronic monitoring as directed by Probation
☑ Not use or possess controlled substances/drugs
☐ Not open new lines of credit or incur new debt
☐ Submit to additional drug/alcohol testing and treatment
☐ Mandatory drug testing is waived
☑ DNA collection
☐ Cognitive/Behavioral Treatment
☑ Pay one-time fee of $250.00 to partially defray costs of treatment and/or drug testing

☑ Other (continued from conditions of Probation/Supervised Release)
Shall not use or possess a computer and shall not access the internet without filtering software; shall not send, possess or receive sexually stimulating images; participate and successfully complete mental health treatment; pay a one time fee of $750 unless he is supervised outside the State of Wyoming; register with sex offender agency in the State he resides; shall not associate with children under the age of 18

**MONETARY IMPOSITIONS**

☑ Defendant shall pay **special assessment(s)** in the amount of  $100.00  as to Count(s)  1  , _____ as to Count(s) _____ , _____ as to Count(s), _____ , _____ as to Count(s) _____  for a **total** of  $100.00
☑ Special assessment is due and payable immediately
☑ Special assessment shall be paid through the Inmate Financial Responsibility Program and any balance not paid shall be paid during the term of supervision but no later than 60 days prior to the expiration of supervision
☑ Special assessment shall be paid in monthly installments of at least $ 25.00 during the term of supervision
☐ Special assessment remitted upon deportation of the defendant

☐ Defendant shall pay a **fine** in the amount of _____ as to Count(s) _____ , _____ as to Count(s) _____ , _____ as to Count(s) _____ , _____ as to Count(s) _____  for a **total** of  $0.00
☐ Fine is due and payable immediately
☐ Fine shall be paid through the Inmate Financial Responsibility Program and any balance not paid shall be paid during the term of supervision but no later than 60 days prior to the expiration of supervision
☐ Fine shall be paid in monthly installments of at least $ _____ during the term of supervision
☐ Fine shall be paid jointly and severally with _____
☑ Fine is waived due to inability to pay

☑ Defendant shall make **restitution** in the amount of  $300.00  as to Count(s)  1  , _____ as to Count(s) _____ , _____ as to Count(s) _____ , _____ as to Count(s) _____  for a **total** of  $300.00
☐ Restitution is due and payable immediately
☑ Restitution shall be paid through the Inmate Financial Responsibility Program and any balance not paid shall be paid during the term of supervision but no later than 60 days prior to the expiration of supervision
☐ Restitution shall be paid in monthly installments of at least $_____ during the time of supervision
☐ Restitution shall be paid jointly and severally with _____
☑ Other restitution information   $300 as to 'V' series and $300 as to 'M' series - to be left open for 90 days pending information to support restitution

☐ Interest requirement for fine/restitution/special assessment is waived

☑ Defendant is **remanded** to custody of US Marshal
☐ Defendant shall **surrender** to designated prison on/before _____ at _____ AM
☐ Defendant shall **report** to institution as directed by Probation

☐ Court **recommends placement** at _____

☐ Court recommends defendant participate in the prison industries program
☐ Court recommends defendant participate in the Bureau of Prison's 500-hour Residential Drug Treatment Program
☐ Court recommends defendant participate in substance abuse treatment while incarcerated
☑ Defendant advised of right to appeal   ☐ Defendant waives right to appeal
☐ Defendant shall forfeit the following property

☑ Count(s) 2 of the Indictment **dismissed** on the motion of the United States